Edward **KAPUSCINSKI** and TG Cooper & Co. Inc., Petitioners

v.

Robert M. **CAVALIER**, Esquire, Lucas and Cavalier, LLC, Arnold Dranoff, Esquire and Dranoff & Patrizio P.C., Respondents

**No. 381 EAL 2016**

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

---

**COMMONWEALTH** of Pennsylvania, Respondent

v.

David **WILLOUGHBY**, Petitioner

**No. 348 EAL 2016**

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.